UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW ORSO as Successor
Trustee to Kenneth D. Bell in his
Capacity as Court-appointed
Receiver for Rex Venture Group, LLC,
d/b/a Zeekrewards.com,

    Plaintiff,

v.                                             Case No.: 8:21-mc-00139-MSS-AAS

HUMBERTO MORENA,

    Defendant.
_____/

## ORDER

Plaintiff moves the court, under Rule 69 of the Federal Rules of Civil Procedure and Florida Statutes § 77.01 et seq., to issue writs of garnishment against Suntrust Bank, Inc. and Synovus Bank for a judgment owed by Defendant Humberto Morena. (Docs. 2, 3).

Rule 69 provides that a money judgment is enforced by a writ of garnishment. Fed. R. Civ. P. 69(a)(1). "The procedure on execution . . . must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." *Id.* Florida law provides a right to a writ of garnishment to judgment creditors to help satisfy a money judgment.

Fla. Stat. § 77.01. To obtain a writ of garnishment, the judgment creditor must file a motion stating the amount of the judgment. Fla. Stat. § 77.03. The writ must direct the garnishee to answer the writ within twenty days and state the amount named in the judgment creditor's motion. Fla. Stat. § 77.04.

On August 14, 2017, the United States District Court for the Western District of North Carolina, Charlotte Division, entered a judgment against Mr. Morena. (Doc. 1, Ex. 1). The judgment remains due and owing for $43,863.62, plus post-judgment interest. (*Id.*). On September 17, 2021, Plaintiff registered the judgment in this court. (Doc. 1).

Plaintiff's Motions for Writs of Garnishment (Docs. 2, 3) are **GRANTED**. The Clerk of Court shall issue a writ of garnishment to the named garnishees using the forms attached to Plaintiff's motions and the addresses for the garnishees contained in the forms. (Doc. 2, Ex. 1; Doc. 3, Ex. 1). Plaintiff must include with the writs copies of:

    a.    Plaintiff's Motions for Writ of Garnishment (Docs. 2, 3),
    b.    this Order, and
    c.    Plaintiff's Registration of Foreign Judgment (Doc. 1).

**ORDERED** in Tampa, Florida on October 26, 2021

AMANDA ARNOLD SANSONE
United States Magistrate Judge