UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHAEL CASTILLO,**

    **Plaintiff,**

v.                                                 **Case No: 8:22-cv-871-MSS-AAS**

**MIKE CARTER
CONSTRUCTION INC.,**

    **Defendant.**
_____/

## ORDER

Attorney Jason Tenenbaum moves for Attorney Todd D. Muhlstock to appear pro hac vice for Plaintiff Michael Castillo. (Doc. 11).

Under Local Rule 2.01(c), M.D. Fla.,[1] a lawyer can move for special admission in the Middle District if the lawyer: "(1) is not a Florida resident and is not a member in good standing of The Florida Bar, is a member in good standing of the bar of a United States district court, (3) has not abused the privilege of special admission by maintaining a regular practice of law in Florida; (4) lists each case state or federal court in Florida in which the lawyer has initially appeared in the last thirty-six months, and (5) satisfies the

---

[1] The revisions to the Middle District of Florida's Local Rules took effect on February 1, 2021. The revised Local Rules are available on the Middle District of Florida's website. *See Local Rules*, https://www.flmd.uscourts.gov/local-rules.

1

requirements for obtaining and maintaining general admission, except the requirements of membership in The Florida Bar, submission of an application, and payment of a periodic fee." *Id*.

Attorney Muhlstock himself did not file the motion as required by Local Rule 2.01(c). The motion also does not list the cases in state or federal court in Florida where Attorney Muhlstock has initially appeared in the last thirty-six months as required by Local Rule 2.01(c)(4). The motion therefore does not comply with Local Rule 2.01(c).

Additionally, counsel for a moving party must confer with opposing counsel before filing most civil motions. *See* Local Rule 3.01(g), M.D. Fla. The motion does not include a "Local Rule 3.01(g) Certification." *Id*.

The motion for Attorney Muhlstock to be admitted pro hac vice (Doc. 11) is **DENIED without prejudice** for failure to comply with the Local Rules.

**ORDERED** in Tampa, Florida on November 15, 2022.

*/s/ Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge